Tyson K. Hottinger (California State Bar No. 253221)
   E-mail: thottinger@wnlaw.com
David R. Wright (Utah State Bar No. 5164; *Pro Hac Vice* Application Pending)
   E-mail: dwright@wnlaw.com
Kirk R. Harris (Utah State Bar No. 10221; *Pro Hac Vice* Application Pending)
   E-mail: kharris@wnlaw.com
Gregory E. Jolley (Utah State Bar No. 11686; *Pro Hac Vice* Application Pending)
   E-mail: gjolley@wnlaw.com
WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
20 Pacifica, Suite 1130    &    60 E. South Temple, Suite 1000
Irvine, California 92618         Salt Lake City, Utah 84111
Telephone: (949) 242-1900    Telephone: (801) 533-9800
Facsimile: (949) 453-1104    Facsimile: (801) 328-1707

Attorneys for Plaintiff, Shared Medical Resources, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARED MEDICAL RESOURCES, LLC, a Delaware limited liability company,<br><br>          Plaintiff,<br>  v.<br><br>HISTOLOGICS, LLC, a Nevada limited liability company; BR SURGICAL, LLC, a Florida limited liability company; NEAL M. LONKY, MD, an individual; MARTIN LONKY, an individual; KENNETH FRANK, MD, an individual; ANDREW BURG, MD, an individual; MARC WINTER, MD, an individual; RAMON M. CESTERO, MD, an individual; CATHERINE HAN, MD, an individual; ANN MARIE RAFFO, MD, an individual; and STEVEN VASILEV, MD, an individual ,<br><br>          Defendants. | Case No.: 8:12-cv-00612-DOC-RNB<br><br>**NOTICE OF DISMISSAL OF MARC WINTER, MD** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Shared Medical Resources, LLC ("SMR") hereby dismisses its claims in the above-captioned action with respect to Defendant Marc Winter, MD., with prejudice, and without costs or attorneys' fees to either party.

DATED: July 9, 2012

Tyson K. Hottinger
David R. Wright
Kirk R. Harris
Gregory E. Jolley
WORKMAN | NYDEGGER

By: /s/ Tyson K. Hottinger
    Tyson K. Hottinger
Attorneys for Plaintiff
SHARED MEDICAL RESOURCES, LLC

2
NOTICE OF DISMISSAL OF MARC WINTER, MD