ORIGINAL

1  Tyson K. Hottinger (California State Bar No. 253221)
2     E-mail: thottinger@wnlaw.com
   Gregory E. Jolley (Utah State Bar No. 11686; Admitted *Pro Hac Vice*)
3     E-mail: gjolley@wnlaw.com
4  WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
   20 Pacifica, Suite 1130      &   60 E. South Temple, Suite 1000
5  Irvine, California 92618         Salt Lake City, Utah 84111
6  Telephone: (949) 242-1900        Telephone: (801) 533-9800
   Facsimile: (949) 453-1104        Facsimile: (801) 328-1707
7
8  C.J. Veverka (Utah State Bar No. 7110; Admitted *Pro Hac Vice*)
      E-mail: cveverka@mgiip.com
9  Kirk R. Harris (Utah State Bar No. 10221; Admitted *Pro Hac Vice*)
10    E-mail: kharris@mgiip.com
   Maschoff Gilmore & Israelsen
11 1441 West Ute Blvd., Suite 1000
12 Park City, Utah 84098
   Telephone: (435) 252-1360
13 Facsimile: (435) 252-1361

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARED MEDICAL RESOURCES, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HISTOLOGICS, LLC, et al.,<br><br>Defendants. | Case No.: SACV12-612 DOC (RNBx)<br><br>**PLAINTIFF SHARED MEDICAL RESOURCES, LLC'S *EX PARTE* APPLICATION PURSUANT TO LOCAL RULE 79.5-1 FOR LEAVE TO FILE PRIVILEGED INFORMATION AND DOCUMENTS IN OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS**<br><br>[Declaration of Tyson K. Hottinger appended hereto] |

PLAINTIFF'S *EX PARTE* APPLICATION TO SUBMIT PRIVILEGED INFORMATION
FOR IN CAMERA INSPECTION AND CONSIDERATION

Plaintiff Shared Medical Resources, LLC ("SMR") hereby applies *ex parte* for an order allowing SMR to file the following documents in camera pursuant to Local Rule 79-5.1 in Opposition to Defendant Histologics, LLC's Motion for Sanctions:

1. Plaintiff Shared Medical Resources, LLC's Memorandum in Opposition to Defendant Histologics, LLC's Motion for Sanctions;

2. Declaration of Kirk R. Harris in Support of Plaintiff Shared Medical Resources, LLC's Memorandum in Opposition to Defendant Histologics, LLC's Motion for Sanctions;

3. Declaration of Ted Cundick in Support of Plaintiff Shared Medical Resources, LLC's Memorandum in Opposition to Defendant Histologics, LLC's Motion for Sanctions

SMR's Opposition and supporting papers contain confidential, attorney-client privilege, and work production information. It is critical for SMR to present this confidential and privileged information to the Court in connection with its Opposition because it shows that SMR did not engage in conduct that violates Rule 11 or any other conduct that would justify sanctions.

This *ex parte* application is based upon the attached Memorandum of Points and Authorities, Declaration of Tyson K. Hottinger, and all other pleadings and records in this action as the Court may deem appropriate. Timely notice to opposing counsel has been given. *See* Declaration of Tyson K. Hottinger, filed concurrently herewith.

DATED: October 29, 2012

Tyson K. Hottinger
Gregory E. Jolley
WORKMAN | NYDEGGER A Professional Corporation

Charles J. Veverka
Kirk R. Harris
MASCHOFF GILMORE & ISRAELSEN

By _____/s/ Tyson Hottinger_____
Tyson K. Hottinger
Attorneys for SHARED MEDICAL RESOURCES, LLC

## I. INTRODUCTION

Defendant Histologics, LLC filed a "Motion for Sanctions Pursuant to Fed. R. Civ. P. 11, 28 U.S.C. § 1927 and the Court's Inherent Authority" ("Motion for Sanctions") on October 12, 2012. Plaintiff Shared Medical Resources, LLC ("SMR") opposition to the Motion for Sanctions ("Opposition") necessarily includes attorney-client communications and attorney work product regarding SMR's pre-filing investigation and subsequent investigation and case assessment. SMR has concurrently filed with this Application a redacted version of the Opposition and hereby seeks leave to file the unredacted Opposition for in camera review and consideration.

The requested relief is sought on an *ex parte* basis as SMR's Opposition is due on October 29, 2012.

## II. ARGUMENT

Pursuant to Local Rule 79-5.1, "no document shall be filed under seal or in camera without prior approval by the Court." Where, as here, good cause exists for the filing of certain documents in camera, a court may, in its discretion order documents filed in camera or under seal. (*Nixon v. Warner Comms. Inc.*, 435 U.S. 589, 598 (1978) ["Every court has supervisory power over its own records and files, and access has been denied where court filed might have become a vehicle for improper purposes"].)

Moreover, protective orders and filings under seal are the primary means by which courts ensure full disclosure of relevant information, while still preserving the parties' legitimate expectation that confidential business information will not be publicly disseminated. (*In re Adobe Sys., Inc. Sec. Litigiation*, 141 F.R.D. 155, 162 (N.D. Cal. 1992; *U.S. v. Gurolla*, 33 F.3d 944, 952 (9th Cir. 2003).)

### A. Good cause Exists to File a Record In Camera When it Contains Privileged Information

As the Hottinger Declaration makes clear, the documents that SMR intends to file in support of its Opposition contain attorney-client communications, attorney work product, privileged communications subject to a common interest agreement, and a

1  confidential co-ownership agreement.  These documents are proper for filing in camera
2  pursuant to the above authority.

### III.  CONCLUSION

For the reasons set forth above, SMR respectfully requests that the Court allow SMR to file its Opposition and supporting papers in camera.

DATED:  October 29, 2012        Tyson K. Hottinger
                                Gregory E. Jolley
                                WORKMAN | NYDEGGER A Professional Corporation

                                Charles J. Veverka
                                Kirk R. Harris
                                MASCHOFF GILMORE & ISRAELSEN

                                By _____
                                        Tyson K. Hottinger
                                Attorneys for SHARED MEDICAL RESOURCES, LLC

# DECLARATION OF TYSON K. HOTTINGER

I, Tyson K. Hottinger, declare as follows:

1. I am an attorney at law licensed to practice in the state and federal courts of California. I am employed by Workman Nydegger, P.C., and am counsel of record for plaintiff Shared Medical Resources, LLC ("SMR"). I have personal knowledge of the matters set forth herein and if called, I could and would competently testify thereto.

2. The documents SMR intends to file with its Opposition include the following privileged and work product documents:

    A. Co-Ownership Agreement between Shared Medical Resources, LLC and CDx Laboratories, Inc.

    B. Emails (2) from Gregory Jolley to Mary Grieco on April 2, 2012.

    C. Email from Mary Grieco to Gregory Jolley on April 11, 2012.

    D. Email from Gregory Jolley to Mary Grieco on April 16, 2012.

    E. Email from Mary Grieco to Gregory Jolley on April 16, 2012.

    F. Letter from Gregory Jolley to Michael Fox and M. Grieco on April 17, 2012.

    G. Letter from Gregory Jolley to Michael Fox and Mary Grieco on May 8, 2012.

    H. Email from Dan Olsen to Michael Fox and Mary Grieco on August 15, 2012.

    I. Emails (2) between Michael Fox and Gregory Jolley on August 20, 2012.

    J. Emails from Michael Fox to Gregory Jolley on August 21, 2012.

    K. Letter from Kirk Harris to Mark Rutenberg on April 2, 2012.

    L. Letter from Tuvia Rotberg to Kirk Harris on April 17, 2012.

    M. Letter from Tuvia Rotberg to Gregory Jolley and Kirk Harris on April 23, 2012.

    N. Declaration of Kirk Harris.

      O.    Declaration of Ted Cundick.

3. Gregory Jolley is an attorney with the law firm of Workman Nydegger, counsel for SMR.

4. Kirk Harris is an attorney with the law firm of Maschoff Gilmore & Israelsen, counsel for SMR.

5. Mary Grieco is an attorney for the Goldsteins. SMR, CDx, and the Goldsteins have executed a common interest agreement whereby communications by and among the parties maintains an attorney-client privilege. The common interest agreement is referenced in paragraph 26 of the declaration of Kirk Harris and attached to the Harris declaration as Exhibit 14.

6. Michael Fox is an attorney for the Goldsteins.

7. Dan Olsen is an officer and employee of SMR.

8. Mark Rutenberg is the Chief Executive officer of CDx.

9. Tuvia Rotberg is an attorney for CDx.

10. The documents and information above constitute attorney-client communications and attorney work product. The only document falling outside these two categories is the Co-Ownership agreement, which is a confidential business record of SMR.

///

11. Pursuant to Local Rule 7-19.1, I called counsel for Histologics on October 29, 2012 and left a detailed voice mail message advising counsel of this Application and the reasons for the Application. I also sent all counsel of record an email detailing this same information on October 29, 2012. Histologics' counsel responded and stated it was unable to determine whether it would oppose this Application. Attached hereto as Exhibit A is a true and accurate copy of the mails between me and counsel of record.

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge and recollection the foregoing is true and correct.

Executed on October 29, 2012 at Irvine, California.

_____
Tyson K. Hottinger

---

3
DECLARATION OF TYSON K. HOTTINGER

**EXHIBIT A**

# Tyson K. Hottinger

| | |
|---|---|
| **From:** | Tyson K. Hottinger |
| **Sent:** | Monday, October 29, 2012 5:27 PM |
| **To:** | 'Xiaoyi.Yao@sedgwicklaw.com'; 'pnicandri@milamhoward.com'; 'robert.helfing@sedgwicklaw.com' |
| **Cc:** | Khaliq, Imran A. (imran.khaliq@snrdenton.com); 'C.J. Veverka'; kharris@mgiip.com |
| **Subject:** | SMR adv. Histologics - Ex Parte Application |
| **Attachments:** | SMR Ex Parte.pdf |

Counsel,

I have attached an *ex parte* application seeking an order permitting SMR to file privileged information (attorney-client and work product) in camera in opposition to Histologics' Motion for Sanctions. Please let us know whether you intend to oppose the application.

If you intend to oppose, you have 24 hours from the time of service to submit any opposition.

TYSON HOTTINGER
WORKMAN | NYDEGGER
EMAIL: THOTTINGER@WNLAW.COM



WORKMAN | NYDEGGER
INTELLECTUAL PROPERTY ATTORNEYS

20 PACIFICA SUITE 1130, IRVINE, CALIFORNIA 92618
TEL: (949)202-1900 | FAX: (949)453-1104 | WEBSITE: WWW.WNLAW.COM

---

**From:** Khaliq, Imran A. [mailto:imran.khaliq@snrdenton.com]
**Sent:** Monday, October 29, 2012 5:14 PM
**To:** Tyson K. Hottinger; Riera, Mark; Beeman, Arthur S.
**Cc:** kharris@mgiip.com; C.J. Veverka
**Subject:** RE: SMR adv. Histologics - Ex Parte Application

Counsel,

Please make sure you serve and communicate these requests to all opposing counsel of record, especially if you are seeking consent on a last minute ex parte application.

Best,
Imran

Imran A. Khaliq, Esq.
SNR Denton US LLP
D +1 650 798 0329
M +1 415 596 6519
T +1 650 798 0300
F +1 650 798 0310
imran.khaliq@snrdenton.com
Assistant: Jocasta S. Wong
[+1 650 798 0338]

**SNR DENTON**

1530 Page Mill Road
Suite 200
Palo Alto, CA 94304-1125

snrdenton.com

SNR Denton is the collective trade name for an international legal practice. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see snrdenton.com for Legal Notices, including IRS Circular 230 Notice.

**From:** Tyson K. Hottinger [mailto:THottinger@WNLaw.com]
**Sent:** Monday, October 29, 2012 4:58 PM
**To:** Khaliq, Imran A.
**Cc:** kharris@mgiip.com; C.J. Veverka
**Subject:** RE: SMR adv. Histologics - Ex Parte Application

Imran,

I have attached SMR's *ex parte* application.

TYSON HOTTINGER
WORKMAN | NYDEGGER
EMAIL: THOTTINGER@WNLAW.COM



WORKMAN | NYDEGGER
INTELLECTUAL PROPERTY ATTORNEYS

20 PACIFICA SUITE 1130, IRVINE, CALIFORNIA 92618
TEL: (949)202-1900 | FAX: (949)453-1104 | WEBSITE: WWW.WNLAW.COM

---

**From:** Tyson K. Hottinger
**Sent:** Monday, October 29, 2012 4:48 PM
**To:** 'Khaliq, Imran A.'
**Cc:** kharris@mgiip.com; C.J. Veverka
**Subject:** RE: SMR adv. Histologics - Ex Parte Application

Imran,

I will forward you a copy of the application shortly.

Thanks,

TYSON HOTTINGER
WORKMAN | NYDEGGER
EMAIL: THOTTINGER@WNLAW.COM



WORKMAN | NYDEGGER
INTELLECTUAL PROPERTY ATTORNEYS

20 PACIFICA SUITE 1130, IRVINE, CALIFORNIA 92618
TEL: (949)202-1900 | FAX: (949)453-1104 | WEBSITE: WWW.WNLAW.COM

---

**From:** Khaliq, Imran A. [mailto:imran.khaliq@snrdenton.com]
**Sent:** Monday, October 29, 2012 2:28 PM
**To:** Tyson K. Hottinger

**Cc:** kharris@mgiip.com; C.J. Veverka
**Subject:** RE: SMR adv. Histologics - Ex Parte Application

Tyson,

Thanks for your message. This is very short notice. We need a little bit more time than same day notice that SMR is moving ex-parte to file these materials in camera for the court's inspection to determine whether we would consent to or oppose this request. We have not seen your motion, so I have no idea what relief you are requesting or how this impacts our client. For our reply brief, we will need to review any materials that you are planning to use in support of your opposition motion. Will you be providing these materials to us after you file your *ex parte* motion so Histologics has an opportunity to present its Reply arguments to this evidence?

Imran A. Khaliq, Esq.
SNR Denton US LLP
D +1 650 798 0329
M +1 415 596 6519
T +1 650 798 0300
F +1 650 798 0310
imran.khaliq@snrdenton.com
Assistant: Jocasta S. Wong
[+1 650 798 0338]
snrdenton.com

**SNR DENTON**

1530 Page Mill Road
Suite 200
Palo Alto, CA 94304-1125

SNR Denton is the collective trade name for an international legal practice. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see snrdenton.com for Legal Notices, including IRS Circular 230 Notice.

**From:** Tyson K. Hottinger [mailto:THottinger@WNLaw.com]
**Sent:** Monday, October 29, 2012 2:01 PM
**To:** Khaliq, Imran A.
**Cc:** kharris@mgiip.com; C.J. Veverka
**Subject:** SMR adv. Histologics - Ex Parte Application

Imran,

I just left you a voice mail message regarding an *ex parte* application that SMR intends to file today seeking an order permitting it to file privileged information (attorney-client and work product) in camera in opposition to Histologics' Motion for Sanctions. Pursuant to Judge Carter's procedures, the Court generally decided *ex parte* matters on the papers and will only set a hearing if the Courts deems necessary. Please let us know whether you intend to oppose the application.

Also, if Histologics intends to oppose the application, it has 24 hours from the time of service to submit any opposition.

Thank you,

TYSON HOTTINGER
WORKMAN | NYDEGGER
EMAIL: THOTTINGER@WNLAW.COM


WORKMAN | NYDEGGER
INTELLECTUAL PROPERTY ATTORNEYS

3

20 PACIFICA SUITE 1130, IRVINE, CALIFORNIA 92618
TEL: (949)202-1900 | FAX: (949)453-1104 | WEBSITE: WWW.WNLAW.COM

PRIVACY: This e-mail may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify the sender immediately, and do not use, copy, or disclose to anyone any of the contents hereof.
IRS CIRCULAR 230 DISCLOSURE: No statements contained in this communication may be used for the purpose of avoiding penalties that may be imposed by Federal Tax law or promoting, marketing, or recommending to another party any transaction or matter referenced herein.

PRIVACY: This e-mail may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify the sender immediately, and do not use, copy, or disclose to anyone any of the contents hereof.
IRS CIRCULAR 230 DISCLOSURE: No statements contained in this communication may be used for the purpose of avoiding penalties that may be imposed by Federal Tax law or promoting, marketing, or recommending to another party any transaction or matter referenced herein.

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Workman Nydegger, 20 Pacifica, Suite 1130, Irvine, California 92618.

On October 29, 2012, I served the foregoing document:

**PLAINTIFF SHARED MEDICAL RESOURCES, LLC'S EX PARTE APPLICATION PURSUANT TO LOCAL RULE 79.5-1 FOR LEAVE TO FILE PRIVILEGED INFORMATION AND DOCUMENTS IN OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS**

☐ **BY FAX:** By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

☐ **BY ELECTRONIC SERVICE VIA ONELEGAL FILING SERVICE:** I caused the document(s) listed above to be served through the OneLegal E-Filing Service at www.onelegal.com addressed to all parties appearing on the electronic service list for the above-entitled case.

☒ **BY ELECTRONIC SERVICE:** By electronically mailing a true and correct copy through Workman Nydegger's electronic mail system to the e-mail address(es) as stated on the attached service list

☐ **BY MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.

☐ **BY PERSONAL:** By arranging with a courier service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below..

☐ **BY OVERNIGHT DELIVERY:** By placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by FedEx for overnight mail in Irvine, California, in accordance with Workman Nydegger's ordinary business practices.

*~ SEE ATTACHED SERVICE LIST ~*

☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 29, 2012, at Irvine, California.

*/s/ Tyson Hottinger*
Tyson Hottinger

---

PROOF OF SERVICE

## SERVICE LIST
### *Shared Medical Resources, LLC v. Histologics, LLC et al.*
### *CENTRAL DISTRICT CASE NO. SACV12-612 DOC (RNBx)*

| | |
|---|---|
| Imran a. Khaliq<br>SNR Denton LLP<br>1530 Page Mill Road, Suite 200<br>Palo Alto, CA 94304<br>*Phone*: (650) 798-0300<br>*Fax*: (650) 798-0310<br>*Email*: Imran.khaliq@snrdenton.com | *Attorney for Histologics LLC* |
| Xiaoyi Yao<br>Robert F. Helfing<br>Sedwick LLP<br>801 South Figueroa Street, 19th Floor<br>Los Angeles, CA 90017-5556<br>*Phone*: (213) 426-6900<br>*Fax*: (213) 426-6921<br>*Email*: xiaoyi.Yao@sedgwicklaw.com<br>Robert.helfing@sedgwicklaw.com | *Attorneys for Neal M. Lonky, M.D., Kenneth Frank, M.D., and Martin Lonky* |

PROOF OF SERVICE